FILED

3/2/2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-06-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| KIELAN BRETT FRANKLIN, GERALD ALLEN HILER, *a/k/a Teg*, ARIELLE ROSE COWSER, and MORGAN VICTOR PITSCH, | |
| Defendants. | |

A sentencing memorandum for Defendant Morgan Victor Pitsch ("Pitsch") was due on February 4, 2020. None was filed.

ORDERED:

Counsel for Defendant Pitsch shall file a sentencing memorandum on or before 4:45 p.m. on March 13, 2020.

DATED this 2nd day of March, 2020.

SAM E. HADDON
United States District Judge